AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-12789-LJM-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC. C/O CSC-Lawyers Incorporating Service Company was received by me on *(date)* 9-25-2019.

[ ]   I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[X]   I left the summons at the individual's residence or usual place of abode with *(name)* Jennifer Dugan Administrative Assistant, a person of suitable age and discretion who resides there, on *(date)* 9/25/2019, and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ]   I returned the subpoena unexecuted because: _____

[ ]   Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 9-25-2019

_____
Server's signature

Angela Vermillion
Process Server

_____
*Printed name and title*

Relentless Court Services, Inc.
4337 E. Grand River #101
Howell, MI 48843-7595

_____
*Server's address*

Additional information regarding attempted service, etc.:
DOCUMENTS SERVED:
Summons In A Civil Action with Complaint

DESCRIPTION OF PERSON SERVED:
Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Dark Brown, Glasses: N

